FILED

MAY - 1 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | <u>S U P E R S E D I N G</u> |
| ) | <u>I N D I C T M E N T</u> |
| Plaintiff, ) | |
| ) | JUDGE CHRISTOPHER A. BOYKO |
| ) | |
| v. ) | |
| ) | CASE NO. 5:23CR373 |
| REMARO GRACIA, ) | Title 18, United States Code, |
| CARY ROBINSON, ) | Sections 1951(a), 2119(1), |
| JUAN GROGAN, ) | 924(c)(1)(A)(ii), and 2 |
| ) | |
| Defendants. ) | |

<u>COUNT 1</u>
(Conspiracy to Commit Hobbs Act Robbery, 18 U.S.C. § 1951(a))

The Grand Jury charges:

1. At all times material to this Indictment, Victim 1, a person known to the grand jury, was a person located in the Northern District of Ohio, Eastern Division, and was engaged in the business of selling marijuana, an article and commodity which moved in and affected commerce.

2. On or about November 9, 2020, in the Northern District of Ohio, Eastern Division, Defendants REMARO GRACIA, CARY ROBINSON, and JUAN GROGAN knowingly, intentionally, and unlawfully agreed and conspired to in any way and degree unlawfully obstruct, delay, and affect commerce and the movement of an article and commodity by robbery and extortion, as those terms are defined in Title 18, United States Code, Sections 1951(b)(1) and (2), to Victim 1, in that ROBINSON and GRACIA did unlawfully take and

obtain property, consisting of marijuana that was for sale, in the custody, possession, and presence of Victim 1, against Victim 1's will, by means of actual and threatened force, violence, and fear of immediate injury to Victim 1, that is by brandishing a firearm, pointing a firearm, and making threats, in violation of Title 18, United States Code, Section 1951(a).

COUNT 2
(Hobbs Act Robbery, 18 U.S.C. §§ 1951(a) and 2)

The Grand Jury further charges:

3. The factual allegations of paragraph 1 of this Indictment are realleged and incorporated by reference as if fully set forth herein.

4. On or about November 9, 2020, in the Northern District of Ohio, Eastern Division, Defendants REMARO GRACIA, CARY ROBINSON, and JUAN GROGAN did unlawfully obstruct, delay, and affect commerce, and the movement of an article and commodity by robbery and extortion, as those terms are defined in Title 18, United States Code, Sections 1951(b)(1) and (2), to Victim 1, in that ROBINSON and GROGAN did unlawfully take and obtain property, consisting of marijuana that was for sale, in the custody, possession, and presence of Victim 1, against Victim 1's will, by means of actual and threatened force, violence, and fear of immediate injury to Victim 1, that is by brandishing a firearm, pointing a firearm, and making threats, in violation of Title 18, United States Code, Sections 1951(a) and 2.

COUNT 3
(Carjacking, 18 U.S.C. § 2119(1) and 18 U.S.C. § 2)

The Grand Jury further charges:

5. On or about November 9, 2020, in the Northern District of Ohio, Eastern Division, Defendants CARY ROBINSON and JUAN GROGAN did take a motor vehicle, to wit: a 2015 Ford Fiesta bearing Ohio registration HCZ8883, that had been transported, shipped, and

received in interstate and foreign commerce, from Victim 2, a person known to the grand jury, by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Sections 2119(1) and 2.

COUNT 4
(Brandishing a Firearm During and in Relation to Crimes of Violence,
18 U.S.C. § 924(c)(1)(A)(ii))

The Grand Jury further charges:

6. On or about November 9, 2020, in the Northern District of Ohio, Eastern Division, Defendants CARY ROBINSON and JUAN GROGAN did knowingly brandish a firearm, to wit: a pistol, during and in relation to crimes of violence which may be prosecuted in a court of the United States, to wit: Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of the Indictment herein, and Carjacking, a violation of Title 18, United States Code, Section 2119(1), as charged in Count Three of the Indictment herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

FORFEITURE

The Grand Jury further charges:

7. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C), 982(a)(5), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendants REMARO GRACIA, CARY ROBINSON, and JUAN GROGAN shall forfeit all firearms and ammunition involved in or used in the commission of the federal firearms violations charged herein; any and all property which represents or is traceable to the gross proceeds obtained, directly or indirectly, as a result of the violations charged herein;

and all property which constitutes or is derived from proceeds traceable to the violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.