UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Minutes of Proceedings before<br>**DONALD C. NUGENT**<br>United States District Judge | DATE: February 6, 2025<br><br>CASE NO. 5:23 CR 373<br><br>COURT REPORTER: Lance Boardman<br><br>CHANGE OF PLEA |

UNITED STATES OF AMERICA

    -VS-

REMARO GRACIA (1)


APPEARANCES:    Plaintiff: Pete Daly

                            Defendant: Jacob Will


PROCEEDINGS:  The defendant changed his plea to guilty to Count One and Count Two of the Superseding Indictment. Written plea agreement executed. Plea agreement read in open Court. The defendant is referred to the United States Pretrial and Probation Department for the preparation of a Presentence Report. Sentencing in this matter is scheduled for May 14, 2025 at 10:00 am. Defendant remanded to the custody of the United States Marshal.


                                                                 /s/ Steven L. Marshall
                                                                  Courtroom Deputy

Length of Proceedings: <u>30 minutes</u>