**TRIAL MINUTES**

Northern District of Ohio, Eastern Division

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JUAN GROGAN (3),

Defendant.

DATE: FEBRUARY 28, 2025

JUDGE DONALD C. NUGENT

CASE NUMBER 5:23 CR 373

COURT REPORTER: SARAH NAGEOTTE

Length of Proceedings: 480 MINUTES

TRIAL TO [ ] COURT [ ] JURY

[ ] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [ ] BEGUN [X] CONTINUED & [ ] NOT CONCLUDED [X] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [X] CONCLUDED

[X] TESTIMONY TAKEN (See Witness List)

[ ] REBUTTAL OF PLTF [ ] SURREBUTTAL OF DEFT

[X] FINAL ARGUMENTS [X] CHARGE TO THE JURY

JURY DELIBERATIONS [X] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [X] CONCLUDED

ADJOURNED UNTIL _____ AT _____

Trial cont'd. USA calls following witness(es): (1) DEF. MICHAEL VOLPE. USA rests. Def. motion pursuant to FR Crim P 29 is overruled. Def. rests. Court instructs jury on law. Counsel makes final arguments to jury. Alternate jurors excused. Jury retires in deliberation. Jury returns unanimous verdict of Not Guilty on each of the 4 counts. Court polls jury and accepts each verdict. Jury discharged. Def discharged on this case only.

[ ] EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

_Donald C. Nugent_ 2/28/25